```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**                                                        Civil No. 07-cr-86-PB

**Carl Taylor**

### O R D E R

I recuse myself from this case and direct the clerk to assign the matter to another judge.

SO ORDERED.

                                                 /s/Paul Barbadoro
                                               Paul Barbadoro
                                               United States District Judge

April 19, 2007

cc:  Jennifer C. Davis, Esq.